**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 25, 2012**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| | Case No. 11-54266 |
| **Dannil Ray Ankrum,** | : Chapter 13 |
| **Kimberly Sue Ankrum,** | Judge Hoffman |
| Debtors. | : |

### AGREED ORDER ON DEBTORS' OBJECTION TO PROOF OF CLAIM OF OHIO DEPARTMENT OF TAXATION (pl #61)

This matter is before the Court on the Debtors' Objection to Proof of Claim Filed of Ohio Department of Taxation (pl #61), and the Response thereto filed by State of Ohio, Department of Taxation (pl #63). The parties, by their undersigned counsel, hereby resolve the Objection to Proof of Claim by the following agreement:

1. The unsecured priority claim of the Ohio Department of Taxation shall be reduced to reflect reductions in the amount of $6,043.27, representing a payment received by the Ohio Department of Taxation that had not been properly posted to Debtors' account, and the amount of $8,670.96, pending investigation by the Ohio Department of Taxation on the status of receipt of this payment from the Muskingum County Common Pleas Court;

**Agreed Order on Objection to Proof of Claim of Ohio Department of Taxation**
Case No. 11-54266
Page 2

    2.    Ohio Department of Taxation reserves the right to file an Amended Proof of Claim upon conclusion of the investigation as to the receipt and credit of the above-referenced payment from the Muskingum County Common Pleas Court made to the State's Special Counsel at that time, Lawrence A. Heiser.

    3.    Ohio Department of Taxation shall have ninety (90) days from the date of entry of this Agreed Order in which to file an Amended Proof of Claim that reflects the credits enumerated herein, and to provide any additional credits relating to accumulated interest charges from the date of receipt of the payments not previously posted to Debtors' account.

    4.    Debtors reserve the right to seek further adjustment to the claim of the Ohio Department of Taxation upon completion of the Debtors' 2010 Ohio Income Tax Return.

IT IS SO ORDERED.

Approved by:

| /s/ Crystal I. Zellar | /s/ Rasheda D. Hansard |
|---|---|
| Crystal I. Zellar (#0038785) | Rasheda D. Hansard (#0083212) |
| **Zellar & Barclay, Attorneys at Law, Inc.** | 399 East Main Street, Suite 200 |
| 720 Market Street | Columbus, Ohio 43215-5384 |
| P.O. Box 2172 | Telephone: (614) 221-9500 |
| Zanesville, Ohio 43702-2172 | Facsimile: (614) 621-1115 |
| Telephone: (740) 452-8439 | **Special Counsel to Mike DeWine** |
| Facsimile: (740) 450-8499 | **Attorney General of Ohio** |

COPIES TO:   Default List

Eleanor Beavers Haynes, Esq. – electronic service
Rasheda D. Hansard, Esq. – electronic service

| Ohio Department of Taxation | Attorney General of the State of Ohio |
|---|---|
| Bankruptcy Division | Collection Enforcement |
| c/o Rebecca Daum, Esq. | 150 E Gay Street 21st Floor |
| PO Box 530 | Columbus OH 43215 |
| Columbus OH 43216 | |

                                                    # # #