**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 30, 2013**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No.  11-54266 |
| **Dannil Ray Ankrum,** | : | Chapter 13 |
| **Kimberly Sue Ankrum,** | : | Judge Hoffman |
| Debtors. | : | |

### AGREED ORDER ON DEBTORS' OBJECTION TO CLAIM NO. 18
### OF OHIO DEPARTMENT OF TAXATION  (pl #91)

This matter is before the Court on the Debtors' Objection to Claim 18 of Ohio Department of Taxation ("DOT") [Docket No. 91] and DOT's Response [Docket No. 104].  On April 4, 2013, DOT filed an amendment to claim no. 18 based on an agreement between the parties as to all issues raised in the Objection and Response.  The parties having reached agreement as to all such issues and the agreement being set forth in DOT's amendment to claim no. 18, it is hereby ORDERED:

**Agreed Order on Objection to Claim No. 18 of Ohio Department of Taxation**
Case No. 11-54266
Page 2

      That DOT's amended no. 18 filed on April 4, 2013 be allowed as a priority claim pursuant to

11 U.S.C. 507(a)(8)(A)(i) and 507(a)(8)(c) in the amount of $19,594.89 and as a general unsecured

claim in the amount of $15,471.09.  Such claim shall be paid pursuant to Debtors' confirmed plan.

      IT IS SO ORDERED.

Approved by:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/  Crystal I. Zellar |
| Charles A. Mifsud (0070498) | Crystal I. Zellar  (#0038785) |
| Outside Counsel to the Ohio Attorney General | **Zellar & Barclay, Attorneys at Law, Inc.** |
| Brian M. Gianangli (0072028) | 720 Market Street |
| THE LAW OFFICE OF CHARLES MIFSUD, LLC | P.O. Box 2172 |
| 326 South High Street Annex, Suite 201 | Zanesville,  Ohio  43702-2172 |
| Columbus, Ohio 43215 | Telephone:  (740) 452-8439 |
| Telephone: (614) 224-8313 | Facsimile:  (740) 450-8499 |
| Facsimile:  (614) 224-9986 | Counsel for Debtors |
| Attorneys for The Ohio Department of Taxation | |

    /s/ Jeffrey P. Norman

Jeffrey P. Norman
Chapter 13 Standing Trustee
One Columbus
10 West Broad Street, Suite 900
Columbus,  Ohio  43215-3449
Telephone:  (614) 420-2555

COPIES TO:   Default List

Brian M. Gianangeli, Esq. (electronic service)

Ohio Department of Taxation
Bankruptcy Division
c/o Rebecca Daum Esq
PO Box 530
Columbus OH 43216

Attorney General of the State of Ohio
Collection Enforcement
150 E Gay St  21st Fl
Columbus  OH 43215

# # #